IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | Docket No. 17-4567 |
| vs. ) | |
| ) | |
| Jeriton Lavar Curry ) | |
| ) | |
| Defendant-Appellant. ) | |

**MOTION FOR
EXTENSION OF TIME TO FILE
APPELLANT'S BRIEF AND JOINT APPENDIX**

NOW COMES, Appellant Jeriton Lavar Curry, by and through counsel, and hereby respectfully moves this Honorable Court for a four day extension of time within which to file the Joint Appendix and Appellant's Brief in the above-referenced case for the following reason:

Undersigned counsel is a sole practitioner and learned on November 27, 2017 that my mother had died unexpectedly in Louisiana. Counsel is the executor of the estate and power of attorney for his mother and traveled to Louisiana to handle the final arrangements. I was out of the state for ten days attending to these matters. As a result of this emergency all matters in my office are delayed. This is the second request for an extension of time for filing the brief and joint appendix.

Thus, despite counsel's best efforts to abide by the current December 11, 2017 deadline for filing, the undersigned counsel requests a four day extension of time to file the opening Joint Appendix and Appellant's Brief in this matter due to the above circumstances.

Counsel has been in contact with Assistant U. S. Attorney Amy Ray and she does not oppose an extension of time.

Due to the above circumstances, counsel for Appellant requests an extension of four days, to and including December 15, 2017.

WHEREFORE, the undersigned prays the Court as follows:

1. That this Honorable Court grant Appellant's motion for an extension of time of four days, to and including December 15, 2017, to file the Brief and Joint Appendix in this matter.

2. For such other and further relief as may seem just and proper.

This the 11th day of December, 2017.

Respectfully submitted,

S/James S. Weidner, Jr.
James S. Weidner, Jr.
N.C. Bar #17739
4308 Park South Station Blvd.
Charlotte, NC  28210
Telephone: 704/576-1409
jsweidneratty@aol.com
Attorney for Appellant

CERTIFICATE OF SERVICE

    The undersigned Attorney hereby certifies that he served a copy of the foregoing upon the United States Attorney through the court ECF filing system.

    Respectfully submitted, this 11th day of December, 2017

                                    S/James S. Weidner, Jr.
                                    James S. Weidner, Jr.
                                    N.C. Bar #17739
                                    4308 Park South Station Blvd.
                                    Charlotte, NC  28210
                                    Telephone: 704/576-1409
                                    jsweidneratty@aol.com
                                    Attorney for Appellant